UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE GARNER,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 14-cv-05172-EDL<br><br>**ORDER TO FURNISH DAILY JURY REFRESHMENTS** |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the eight (8) members of the jury in the above-entitled matter beginning July 26, 2016, at 8:30 AM for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom E, 15th floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated: July 19, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge