DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
JAMES HANNAWALT, State Bar #139657
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3913
Facsimile:      (415) 554-3837
E-Mail:          james.hannawalt@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER JARED P. HARRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE GARNER,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; GREGORY P. SUHR, in his capacity as Chief of Police of the San Francisco Police Department; JARED P. HARRIS, individually and in his capacity as a Police Officer for the San Francisco Police Department; Officer SADIKI #803, individually and in his capacity as a Police Officer for the San Francisco Police Department, and Does 1 through 200,<br><br>    Defendants. | Case No. 14-CV-5172-EDL<br><br>**STIPULATION REGARDING CCSF COLLECTION OF SFGH BILLS RELATED TO TREATMENT OF PLAINTIFF'S 11/27/2013 INJURY; [PROPOSED] ORDER** |

**WHEREAS,** the City and County of San Francisco has made a charitable write-off of all charges for goods and services provided by the City and County of San Francisco at San Francisco General Hospital in connection with the treatment of Michael Garner for injuries Michael Garner sustained on November 27, 2013; and

     **WHEREAS** the Court has granted Defendants' Motion in Limine 1, ordering that Plaintiff cannot present as an element of economic damages in the trial of this matter the cost of goods and/or services provided by the City and County of San Francisco at San Francisco General Hospital in connection with the treatment of Michael Garner for injuries Michael Garner sustained on November 27, 2013;

     **IT IS STIPULATED BY AND BETWEEN THE PARTIES** to this action, through their respective counsel, that the City and County of San Francisco will not directly or indirectly assert at any time in the future the right to payment for the goods and services provided by the City and County of San Francisco at San Francisco General Hospital in connection with the treatment of Michael Garner for injuries Michael Garner sustained on November 27, 2013. Nor will the City and County of San Francisco seek recovery of any City or County tax against Mr. Garner in connection with the treatment of Michael Garner for injuries Michael Garner sustained on November 27, 2013. This stipulation does not address any other debts or obligations plaintiff Michael Garner may have with regard to the City and County of San Francisco.

     Further, as this stipulation is being entered only as a result of the Court's ruling against Plaintiff regarding what the Plaintiff respectfully believes to be an erroneous misinterpretation of the "Collateral Source Rule," it is understood and agreed by the Parties and the Court that this stipulation in no way waives Plaintiff's right to appeal the Court's ruling on Defendant's Motion in Limine 1.

     **IT IS SO STIPULATED**.

Dated:  July 15, 2016

                                                  DENNIS J. HERRERA
                                                  City Attorney
                                                  CHERYL ADAMS
                                                  Chief Trial Deputy
                                                  JAMES HANNAWALT
                                                  Deputy City Attorney

                                     By: */s/ James Hannawalt*
                                                  JAMES HANNAWALT
                                                  Attorneys for Defendants
                                                  CITY AND COUNTY OF SAN FRANCISCO,
                                                  OFFICER JARED P. HARRIS,

Dated:  July 25, 2016

                                    Law Offices of James F. Costello

                                    By:  */s/ James F. Costello*

                                            JAMES F. COSTELLO
                                            Attorney for Plaintiff MICHAEL GARNER

## [PROPOSED] ORDER

Based on the above stipulation, and for good cause appearing, the Court orders as follows:

City and County of San Francisco may not directly or indirectly assert at any time in the future the right to payment for the goods and services provided by the City and County of San Francisco at San Francisco General Hospital in connection with the treatment of Michael Garner for injuries Michael Garner sustained on November 27, 2013.  This order does not address any other debts or obligations Michael Garner may have with regard to the City and County of San Francisco.  The court will retain jurisdiction to enforce this order. Further, this Order will in no way be construed to limit Plaintiff's right to appeal with respect to this Court's ruling on Defendant's Motion in Limine 1, relating to the so called "Collateral Source Rule."

IT IS SO ORDERED

Dated:  July 26, 2016

Hon. Magistrate Judge Elizabeth D. Laporte
United States Magistrate Judge

STIP. & PROPOSED ORDER RE. ECONOMIC DAMAGES FOR SFGH TREATMENT CASE NO. 14-CV-5172-EDL     4     c:\users\jfc\documents\garner case\garner case stipulation re medical billings.doc