UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE ELIZABETH D. LAPORTE          Case No. 14-cv-05172-EDL

CASE NAME: Garner v. San Francisco City and County, et al.

NOTE FROM THE JURY

Note No. __1__

Date __7-28-17__

Time __10:38__

1.   The Jury has reached a unanimous verdict ( )

or

2.   The Jury has the following question:

Question: After cross and redirect of Officer Harris, approximately how many more witnesses should we anticipate?

Foreperson of the Jury